FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

'03 OCT 29 PM 1:03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

```
***************************************************
DAVID BOGANSKI                      *
    Plaintiff,                      *    CIVIL ACTION: 3:02CV523 (MRK)
                                    *
V.                                  *
                                    *
WILLIAM C. MARTIN,                  *
CYNTHIA MARTIN,                     *
WILLIAM MARTIN,                     *
OFFICER BRIAN FLAHERTY, AND         *
THE CITY OF MIDDLETOWN              *    OCTOBER 28, 2003
    Defendants.                     *
***************************************************
```

## JOINT MOTION FOR EXTENSION OF TIME FOR DISCOVERY

The parties jointly move for an extension of time for discovery until 60 days after the Court rules on the Motion to Stay Discovery filed by defendants City of Middletown and Brian Flaherty dated August 11, 2003. The current deadline for discovery is November 10, 2003.

The parties plan on taking several depositions, including of the plaintiff and each defendant, and the plaintiff may file some additional written discovery requests. Discovery has been on hold as a result of the filing of the Motion to Stay, and the parties do not think it prudent to proceed with discovery prior to the court's ruling on the Motion. Therefore, because the parties will need additional time to complete discovery, they move for an extension time of 60 days for discovery after the Court's ruling on the Motion to Stay.

|  | THE PLAINTIFF, |
|---|---|
| 10/28/03<br>Date | By: _____<br>Leon M. Rosenblatt<br>Law Offices of Leon M. Rosenblatt<br>10 North Main Street<br>West Hartford, Connecticut 06107<br>(860) 523-8066<br>Federal Bar No. ct20996 |
|  | THE DEFENDANTS, William C. Martin,<br>Cynthia Martin<br>William Martin |
| Date: _____ | By: _____<br>Attorney Carl F. Fortuna, Jr.<br>Fortuna & Cardelli, P.C.<br>134 Washington Street<br>Middletown, CT 06457<br>Federal Bar No. ct16039 |
|  | THE DEFENDANTS, Officer Brian Flaherty<br>And The City of Middletown |
| Date: _____ | By: _____<br>Attorney Brian P. Leaming<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>Federal Bar No. ct16075 |

|  |  |
|---|---|
| Date | THE PLAINTIFF,<br><br>By: *(signature)*<br>Leon M. Rosenblatt<br>Law Offices of Leon M. Rosenblatt<br>10 North Main Street<br>West Hartford, Connecticut 06107<br>(860) 523-8066<br>Federal Bar No. ct20996 |
| Date: 10/28/03 | THE DEFENDANTS, William C. Martin,<br>                                 Cynthia Martin<br>                                 William Martin<br><br>By: *(signature)*<br>Attorney Carl F. Fortuna, Jr.<br>Fortuna & Cardelli, P.C.<br>134 Washington Street<br>Middletown, CT 06457<br>Federal Bar No. ct16039 |
| Date: | THE DEFENDANTS, Officer Brian Flaherty<br>And The City of Middletown<br><br>By:<br>Attorney Brian P. Leaming<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>Federal Bar No. ct16075 |

2

THE PLAINTIFF,

By: _____
Leon M. Rosenblatt
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, Connecticut 06107
(860) 523-8066
Federal Bar No. ct20996

_____
Date

THE DEFENDANTS, William C. Martin,
Cynthia Martin
William Martin

Date: _____

By: _____
Attorney Carl F. Fortuna, Jr.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457
Federal Bar No. ct16039

THE DEFENDANTS, Officer Brian Flaherty
And The City of Middletown

Date: _____

By: _____
Attorney Brian P. Leaming
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. ct16075

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 28th day of October, 2003, to:

Attorney Brian P. Leaming
Attorney Eric Daigle
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
PO Box 1300
Middletown, CT 06457

Attorney Carl P. Fortuna
Fortuna & Cartelli, PC
134 Washington Street
Middletown, CT 06457

_____
Leon M. Rosenblatt

3