UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday November 4, 2003

3:00 p.m.

---

CASE NO. **3:02cv523 MRK**   **Boganski v Martin**

---

Lynn M. Mahoney
10 North Main St.
Suite 214
West Hartford, CT 06107

Leon M. Rosenblatt
10 North Main St.
Suite 214
West Hartford, CT 06107

Robert G. Skelton
Law Office Of Robert G. Skelton
47 Lilalyn Drive
Fairfield, CT 06825-1309

Carl P. Fortuna, Jr.
Fortuna & Cartelli
134 Washington St.
Middletown, CT 06457

Brian P. Leaming
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Trina A. Solecki-Aucaigne
City Attorneys Office
City Of Middletown
245 Dekoven Dr., Po Box 1300
Middletown, CT 06457

STATUS CONFERENCE HELD
DATE: 11/4/03
15 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK