UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

*Dec 1   8 59 AM '03*
*U.S. DISTRICT*
*NEW HAVEN*
*CONN.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DAVID BOGANSKI | * |
|     Plaintiff, | * |
| | * |
| V. | * |
| | * |
| WILLIAM C. MARTIN, | * |
| CYNTHIA MARTIN, | * |
| WILLIAM MARTIN, | * |
| OFFICER BRIAN FLAHERTY, AND | * |
| THE CITY OF MIDDLETOWN | * |
|     Defendants. | * |

CIVIL ACTION: 3:02CV523 (MRK)

NOVEMBER 26, 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO DESIGNATE AN EXPERT WITNESS

The plaintiff moves for a modification of the scheduling order to provide the plaintiff with additional time to designate an expert witness. The current deadline for the plaintiff's expert report is December 1, 2003. The plaintiff requests an additional 2 weeks, until December 15, 2003, to designate an expert witness.

This is the plaintiff's first motion for an extension of time since the new scheduling order was entered on November 4, 2003. The plaintiff is currently in the process of moving and selling his house in Florida this week. As a result, he has not been able to gather the information necessary to determine whether an expert witness will be necessary.

The undersigned has contacted both defense counsel, Attorney Brian P. Leaming and Attorney Carl F. Fortuna regarding this Motion. Attorney Leaming does not object to this Motion. Attorney Fortuna does not object nor consent to this Motion.

## CERTIFICATION

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 26th day of November 2003, to:

Attorney Brian P. Leaming
Attorney Eric Daigle
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
PO Box 1300
Middletown, CT 06457


Attorney Carl P. Fortuna
Fortuna & Cartelli, PC
134 Washington Street
Middletown, CT 06457

Lynn M. Mahoney