UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BOGANSKI, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :    CIVIL NO.   3:02CV523 (MRK) |
| | : |
| WILLIAM C. MARTIN, | : |
| CYNTHIA MARTIN, | : |
| WILLIAM MARTIN, | : |
| OFFICER BRAIN FLAHERTY, and | : |
| THE CITY OF MIDDLETOWN | : |
| | : |
|     Defendants. | : |

## ORDER

Plaintiff's Motion For Extension Of Time To Designate An Expert Witness [Doc. #41], dated November 26, 2003 is hereby **GRANTED**. Plaintiff shall have until December 15, 2003 to designate an expert witness. All other discovery deadlines will be extended two weeks. However, there shall be no change in the deadlines for dispositive motions, trial memorandum, trial date or status conference.

The parties should not anticipate any further changes of the Schedule in this case.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
          U.S.D.J.

Dated at New Haven, Connecticut: December 9, 2003.

Case 3:02-cv-00523-MRK    Document 42    Filed 12/09/2003    Page 2 of 2