UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
11 3 03 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| DAVID BOGANSKI<br>  Plaintiff,<br><br>v.<br><br>WILLIAM C. MARTIN,<br>CYNTHIA MARTIN,<br>WILLIAM MARTIN,<br>OFFICER BRIAN FLAHERTY, AND<br>THE CITY OF MIDDLETOWN<br>  Defendants. | CIVIL ACTION: 3:02CV523 (MRK)<br><br><br><br><br><br><br>DECEMBER 9, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff respectfully moves for an extension of time of 30 days, until January 10, 2003 to respond to defendants' Cynthia Martin, William C. Martin and William Martin's Interrogatories and Requests for Production. They are currently due on December 11, 2003.

The plaintiff requests the extension of time because he is in the process of moving from Florida to Massachusetts and has not been available to respond.

This is the plaintiff's first request for an extension of time.

Attorney Carl Fortuna, counsel for the defendants, have been contacted and has no objection to this motion.

THE PLAINTIFF,

By: _____
Attorney Lynn M. Mahoney
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct20996

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 9th day of December, 2003, to:

Attorney Brian P. Leaming
Attorney Eric Daigle
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Attorney Carl P. Fortuna
Fortuna & Cartelli, PC
134 Washington Street
Middletown, CT 06457

Attorney Trina A. Solecki
City Attorney
245 DeKoven Drive
PO Box 1300
Middletown, CT 06457

_____
Lynn M. Mahoney