43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| DAVID BOGANSKI<br>Plaintiff, | * * * | CIVIL ACTION: 3:02CV523 (~~JGH~~) MRK |
| v. | * * * | |
| WILLIAM C. MARTIN,<br>CYNTHIA MARTIN,<br>WILLIAM MARTIN,<br>OFFICER BRIAN FLAHERTY, AND<br>THE CITY OF MIDDLETOWN<br>Defendants. | * * * * * * | DECEMBER 9, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff respectfully moves for an extension of time of 30 days, until January 10, 2003 to respond to defendants' Cynthia Martin, William C. Martin and William Martin's Interrogatories and Requests for Production. They are currently due on December 11, 2003.

The plaintiff requests the extension of time because he is in the process of moving from Florida to Massachusetts and has not been available to respond.

This is the plaintiff's first request for an extension of time.

Attorney Carl Fortuna, counsel for the defendants, have been contacted and has no objection to this motion.


ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk