UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV523 (MRK) |
| | : | |
| WILLIAM C. MARTIN, | : | |
| CYNTHIA MARTIN, | : | |
| WILLIAM MARTIN, | : | |
| OFFICER BRAIN FLAHERTY, and | : | |
| THE CITY OF MIDDLETOWN | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Extension Of Time To Respond To The Martin Defendants' Interrogatories And Requests For Production [doc. #45], dated January 9, 2004 is hereby **GRANTED** *nunc pro tunc*.

IT IS SO ORDERED.

                                   /s/        Mark R. Kravitz
                                                U.S.D.J.

Dated at New Haven, Connecticut: <u>January 20, 2004</u>.