FILED

2004 FEB -3  P 12: 32

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BOGANSKI<br>Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:02CV523 (JCH) |
| VS. | : |
| MR. WILLIAM C. MARTIN,<br>OFFICER BRIAN FLAHERTY,<br>and THE MIDDLETOWN POLICE<br>DEPARTMENT<br>Defendants | :<br>:<br>:<br>:<br>: JANUARY 30, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Officer Brian Flaherty and the Middletown Police Department, in the above-entitled case.

DEFENDANTS,
OFFICER BRIAN FLAHERTY
and THE MIDDLETOWN
POLICE DEPARTMENT

BY_____
Eric P. Daigle
Fed. Bar No. ct23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

12469.0019

## CERTIFICATION

This is to certify that on this 30th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Robert G. Skelton, Esq.
2 Wethersfield Avenue
Hartford, CT 06114

Carl F. Fortuna, Jr., Esq.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457

_____
Eric P. Daigle

510071.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105