UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*************************************************
DAVID BOGANSKI                              *
    Plaintiff,                               *     CIVIL ACTION: 3:02CV523 (MRK)
                                            *
V.                                          *
                                            *
WILLIAM C. MARTIN,                          *
CYNTHIA MARTIN,                             *
WILLIAM MARTIN,                             *
OFFICER BRIAN FLAHERTY, AND                 *
THE CITY OF MIDDLETOWN                      *     FEBRUARY 5, 2004
    Defendants.                             *
*************************************************

## JOINT STATUS REPORT

**A.  The Status of the Case**

Currently the discovery deadline is February 24, 2004. As a result of taking the depositions of the three Martin defendants at the end of January 2004, the plaintiff intends to do additional follow-up discovery, including possibly two more depositions. The plaintiff is also considering filing additional written discovery requests. In addition, the plaintiff has to reschedule the deposition of defendant Brian Flaherty originally scheduled for February 3, 2004 because of an illness of the plaintiff. As a result of the foregoing, it is possible that the plaintiff will need a short extension of time to conclude discovery.

Additionally, the defendants may need to do additional discovery, including possibly taking one more deposition. The defendants may also need a short extension of time to conclude discovery.

Moreover, if the parties decide that a settlement conference would be productive after the deposition of Brian Flaherty, the parties may request an extension of time to complete discovery after a settlement conference takes place.

**B.     Status of Settlement Discussions**

The parties have exchanged settlement offers and demands and intend to continue to discuss settlement.

The parties do request a referral to a United States Magistrate Judge for a settlement conference either after the plaintiff has a chance to depose defendant Brian Flaherty, or after the conclusion of discovery.

**C.     Trial Before a Magistrate Judge**

The plaintiff and the three Martin defendants will consent to trial before a Magistrate Judge.

The defendants the City of Middletown and Brian Flaherty will not consent to trial before a Magistrate Judge.

**D.     Trial Scheduling and Estimated Length of Trial**

The parties believe the case will be trial ready 45 days from the end of discovery or ruling on dispositive motions if there are any. The parties believe the trial will take three to four days.

**2**

2/5/04
Date

THE PLAINTIFF,

*[signature]*

Attorney Lynn M. Mahoney
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct20996


THE DEFENDANT (Officer Brian Flaherty
and the City of Middletown)

Date

Attorney James J. Szerejko
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. ct04326


2/4/04
Date

THE DEFENDANT, (William C. Martin,
Cynthia Martin and William Martin)

*[signature]*

Attorney Carl P. Fortuna
Fortuna & Cartelli, PC
134 Washington Street
Middletown, CT 06457
Federal Bar No. ct16039

3

THE PLAINTIFF,

_____        _____
Date                           Attorney Lynn M. Mahoney
                               Law Offices of Leon M. Rosenblatt
                               10 North Main Street
                               West Hartford, CT 06107
                               (860) 523-8066
                               Federal Bar No. ct20996


                               THE DEFENDANT (Officer Brian Flaherty
                               and the City of Middletown)

   2/5/04                      _____
_____        Attorney James J. Szerejko
Date                           Halloran & Sage LLP
                               One Goodwin Square
                               225 Asylum Street
                               Hartford, CT 06103
                               Federal Bar No. ct04326


                               THE DEFENDANT, (William C. Martin,
                               Cynthia Martin and William Martin)

_____        _____
Date                           Attorney Carl P. Fortuna
                               Fortuna & Cartelli, PC
                               134 Washington Street
                               Middletown, CT 06457
                               Federal Bar No. ct16039

3