UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV523 (JCH) |
| VS. | : | |
| | : | |
| MR. WILLIAM C. MARTIN, | : | |
| OFFICER BRIAN FLAHERTY, | : | |
| and THE MIDDLETOWN POLICE | : | |
| DEPARTMENT | : | |
|     Defendants | : | FEBRUARY 9, 2004 |

## MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO COMPLETE DISCOVERY

The defendants, Officer Brian Flaherty and the City of Middletown, respectfully move this Court for an enlargement of time of forty-five (45) days, to and including March 25, 2004, within which to complete discovery by all parties. These defendants state that this motion is for good cause as follows.

As set forth in the parties' Joint Status Report, recently filed, notwithstanding the good intentions of all involved, the deposition of the defendant, Brian Flaherty, was rescheduled due to an illness of the plaintiff, who has been in attendance at all depositions. Quite recently, Officer Flaherty was injured on duty and, at present, it appears that he will not be available for the rescheduled date for his deposition.

12469.0019



One Goodwin Square　　　　　　　　　HALLORAN　　　　　　　Phone (860) 522-6103
225 Asylum Street　　　　　　　　　　& SAGE LLP　　　　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　　　　　　　　　Juris No. 26105

Additionally, it appears that there will be other depositions of fact witnesses to be scheduled in the near future.

As a result, to properly prepare this matter for trial, the additional time requested appears to be necessary to complete the discovery herein.

Plaintiff's counsel has been contacted concerning this motion, and does not object to same.

This is these defendants' <u>first</u> Motion for Enlargement of Time within which to complete discovery by all parties.

Wherefore, for the foregoing reasons, the defendants respectfully request that the Court enlarge the time for completing discovery as stated herein.

                      DEFENDANTS,
                      OFFICER BRIAN FLAHERTY
                      and THE CITY OF MIDDLETOWN

BY _____
    James J. Szerejko
    Fed. Bar No. ct04326
    HALLORAN & SAGE LLP
    One Goodwin Square
    Hartford, CT  06103
    Tele: (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 9th day of February, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Leon M. Rosenblatt, Esq.
Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107
(Plaintiff)

Carl F. Fortuna, Jr., Esq.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457
(William C. Martin, Cynthia Martin & William Martin)

Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

_____
James J. Szerejko

513466.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105