FILED

2004 FEB -9  P 12: 28

US ...........
P...........

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAVID BOGANSKI             :
            Plaintiff        :     CIVIL ACTION NO.
                                :     3:02CV523 (JCH)
VS.                         :

MR. WILLIAM C. MARTIN,      :
OFFICER BRIAN FLAHERTY,     :
and THE MIDDLETOWN POLICE    :
DEPARTMENT                  :
            Defendants    :     FEBRUARY 5, 2004

## APPEARANCE

Enter my appearance as Attorney for the defendants, Officer Brian Flaherty and

the Middletown Police Department, in the above-entitled case.

DEFENDANTS,
OFFICER BRIAN FLAHERTY
and THE MIDDLETOWN
POLICE DEPARTMENT

BY: _____
James J. Szerejko
Fed. Bar No. ct04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
szerejko@halloran-sage.com
Their Attorneys

12469.0019

One Goodwin Square             **HALLORAN**        Phone (860) 522-6103
225 Asylum Street              **& SAGE LLP**      Fax (860) 548-0006
Hartford, CT 06103                                  Juris No. 26105

## CERTIFICATION

This is to certify that on this 5th day of February, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Attorney Lynn M. Mahoney
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107

Carl F. Fortuna, Jr., Esq.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457

Attorney Trina Solecki-Aucaigne
City of Middletown
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

James J. Szerejko

512047.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105