# United States District Court
# District of Connecticut

Boganski
*Plaintiff*
    v.    Case No. 3:02cv523 (MRK)

Martin, et al.
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖** A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)


SO ORDERED this __12th__ day of __Feburary__, __2004__ at New Haven, Connecticut.


        /s/ _____Mark R. Kravitz_____
        UNITED STATES DISTRICT COURT JUDGE