UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday February 12, 2004
2:00 p.m.

CASE NO. **3:02cv523 MRK**   <u>**Boganski v Martin, et al**</u>

Carl P. Fortuna Jr.
Fortuna & Cartelli
134 Washington St.
Middletown, CT 06457

Brian P. Leaming
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

**STATUS CONFERENCE HELD**
DATE: 2/12/04
15 min.

Lynn M. Mahoney
10 North Main St.
Suite 214
West Hartford, CT 06107

Leon M. Rosenblatt
10 North Main St.
Suite 214
West Hartford, CT 06107

Trina A. Solecki-Aucaigne
City Attorneys Office
City Of Middletown
245 Dekoven Dr., Po Box 1300
Middletown, CT 06457

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK