UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV523 (MRK) |
| | : | |
| WILLIAM C. MARTIN, | : | |
| CYNTHIA MARTIN, | : | |
| WILLIAM MARTIN, | : | |
| OFFICER BRAIN FLAHERTY, and | : | |
| THE CITY OF MIDDLETOWN | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

The parties having conferred telephonically with the Court on February 12, 2004, the Motion For Enlargement Of Time Within Which To Complete Discovery [doc. #49] is GRANTED insofar as the following schedule shall hereby govern:

1. **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **April 8, 2004**.

   **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules.  Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2.. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert  v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **May 8, 2004**.

5. **Trial Memorandum:** If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.  If no dispositive motions are filed, the parties' joint trial memorandum shall be filed by **June 18, 2004**.

6.  **Trial Ready Date:** If dispositive motions are filed, the case will be considered trial ready thirty (30) days after the Court's decision on the dispositive motions. If dispositive motions are not filed, the case will be trial ready immediately upon the filing of the parties' Joint Trial Memorandum.

7.  **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **APRIL 29, 2004 AT 4:30 P.M.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **April 22, 2004**.

**NO MODIFICATIONS OF THESE DEADLINES WILL BE GRANTED ABSENT A SHOWING OF GOOD CAUSE WHICH REQUIRES A PARTICULARIZED SHOWING THAT THE PARTY SEEKING THE EXTENSION HAS ACTED WITH DUE DILIGENCE AND THAT THE REASONS FOR THE MODIFICATION COULD NOT REASONABLY HAVE BEEN ANTICIPATED BY THE PARTIES WHEN THEY FILED THEIR PROPOSED CASE MANAGEMENT PLAN.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

**Dated at New Haven, Connecticut:** February 13, 2004.

RE:    **CASE NO. 3:03CV523 (MRK)**
-----------------------------------------------------------------

TO:    **COUNSEL OF RECORD:**

-----------------------------------------------------------------

On or before **April 22, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

                            BY ORDER OF THE COURT
                            KEVIN F. ROWE, CLERK