UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BOGANSKI | : |
|     Plaintiff | :   CIVIL ACTION NO. |
| | :   3:02CV523 (MRK) |
| VS. | : |
| | : |
| MR. WILLIAM C. MARTIN, | : |
| OFFICER BRIAN FLAHERTY, | : |
| and THE MIDDLETOWN POLICE | : |
| DEPARTMENT | : |
|     Defendants | :   APRIL 21, 2004 |

### JOINT STATUS REPORT

**A.   STATUS OF THE CASE**

It appears that all necessary depositions have been taken and the parties are working cooperatively with follow-up documents produced at depositions recently taken by plaintiff's counsel. In fact, these depositions were taken under seal and the Court's earlier ruling in the context of an Objection filed to Production Requests is being reviewed to determine its applicability to documents produced at the recently taken depositions. The parties intend to resolve this matter cooperatively and should be able to report to the Court shortly in this regard.

In addition, the parties are working cooperatively to resolve the remaining discovery disputes. Specifically, Objections are pending by defendants, City of Middletown and Officer Brian Flaherty, as to Interrogatories and Production Requests subsequently filed by the plaintiff.

## B.    STATUS OF SETTLEMENT DISCUSSIONS

The parties have exchanged settlement offers and demands, but no resolution has been achieved. The parties are presently scheduled to meet before United States Magistrate William Garfinkel on May 24, 2004.

## C.    TRIAL BEFORE A MAGISTRATE JUDGE

The plaintiff, David Boganski, and co-defendants, William C. Martin, Cynthia Martin and William Martin, will consent to a trial before a magistrate judge. The defendants, City of Middletown and Brian Flaherty, will not consent.

## D.    TRIAL SCHEDULING AND ESTIMATED LENGTH OF TRIAL

It is the intention of all defendants to file Motions for Summary Judgment, and they will shortly be seeking additional time within which to do so, as well as a possible extension for filing the Joint Trial Memorandum. The thought being that additional costs and counsel fees will be incurred in the preparation and response to any dispositive motions, as well as the filing of the Joint Trial Memorandum. If the settlement discussions, presently scheduled to occur before Magistrate Judge Garfinkel, are undertaken prior to these deadlines, the likelihood for settlement is increased thereby.

If, in fact, a trial is necessary, it is estimated to be 3-4 days of evidence.

PLAINTIFF,
DAVID BOGANSKI

BY _____
Lynn M. Mahoney, Esq.
Fed. Bar No. ct20996
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107

DEFENDANTS,
OFFICER BRIAN FLAHERTY
and THE CITY OF MIDDLETOWN

BY _____
Eric P. Daigle
Fed. Bar No. ct23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

DEFENDANTS,
WILLIAM C. MARTIN,
CYNTHIA MARTIN and
WILLIAM MARTIN

BY _____
Carl F. Fortuna, Jr., Esq.
Fed. Bar No. ct16039
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457

- 3 -