UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV523 (MRK) |
| | : | |
| WILLIAM C. MARTIN, | : | |
| CYNTHIA MARTIN, | : | |
| WILLIAM MARTIN, | : | |
| OFFICER BRAIN FLAHERTY, and | : | |
| THE CITY OF MIDDLETOWN | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

The parties having conferred telephonically with the Court on April 29, 2004, the schedule is amended and the following modified schedule shall hereby govern:

1. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **June 28, 2004**.

2. **Trial Memorandum:** If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion. If no dispositive motions are filed, the parties' joint trial memorandum shall be filed by **July 28, 2004**.

4. **Trial Ready Date:** If dispositive motions are filed, the case will be considered trial ready thirty (30) days after the Court's decision on the dispositive motions. If dispositive motions are not filed, the case will be trial ready immediately upon the filing of the parties' Joint Trial Memorandum.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

**Dated at New Haven, Connecticut:** May 4, 2004.