UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday April 29, 2004
4:45 p.m.

CASE NO. **3:02cv523 MRK**    **Boganski v Martin, et al**

Carl P. Fortuna Jr.
Fortuna & Cartelli
134 Washington St.
Middletown, CT 06457
203-347-5607

James J. Szerejko
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-297-4658

Eric P. Daigle
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-241-4098

Lynn M. Mahoney
10 North Main St.
Suite 214
West Hartford, CT 06107
860-523-8066

Leon M. Rosenblatt
10 North Main St.
Suite 214
West Hartford, CT 06107
860-523-8066

Trina A. Solecki-Aucaigne
City Attorneys Office
City Of Middletown
245 Dekoven Dr., Po Box 1300
Middletown, CT 06457
860-344-3523

STATUS CONFERENCE HELD
DATE: 04/29/04
15 Min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK