UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV523 (MRK) |
| VS. | : | |
| | : | |
| MR. WILLIAM C. MARTIN, | : | |
| OFFICER BRIAN FLAHERTY, | : | |
| and THE MIDDLETOWN POLICE | : | |
| DEPARTMENT | : | |
|     Defendants | : | JUNE 14, 2004 |

**MOTION BY CONSENT FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE DISPOSITIVE MOTIONS**

Pursuant to Local Rule 7(b), the co-defendants, Officer Brian Flaherty and the City of Middletown, respectfully move this Court for an enlargement of time of fifteen (15) days, i.e., from June 28 to and including July 13, 2004, within which to file dispositive motions. As demonstrated below, good cause exists for the granting of this motion.

The motion for an extension of time should be granted because of the undersigned counsel's competing case obligations. Until June 10, 2004, counsel for the undersigned defendants was involved in intense preparation for a matter in the District Court, the jury having been selected on June 8, 2004. This preparation included taking

12469.0019



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

the trial depositions of two (2) of the opposing party's experts, who were unavailable for trial shortly before it was to begin.

Additionally, counsel for the undersigned defendants has dispositive motions due in the near future in two (2) other matters in the District Court.

Counsel for the plaintiff, Lynn Mahoney, and the other co-defendants, Carl Fortuna, have been contacted concerning this motion and they do not object to the granting of the extension.

The deadline at issue was set in the court's May 4, 2004 scheduling order. This motion is Flaherty's and the City's first request for an extension of the deadline at issue.

**WHEREFORE**, for the foregoing reasons, the defendants respectfully move this Court to enlarge the time for filing dispositive motions, from June 28, 2004 to and including July 13, 2004.

> **DEFENDANTS,**
> **OFFICER BRIAN FLAHERTY**
> **AND CITY OF MIDDLETOWN**
>
> BY _____
> James J. Szerejko
> Fed. Bar No. ct04326
> **HALLORAN & SAGE LLP**
> One Goodwin Square
> Hartford, CT  06103
> Tele: (860) 522-6103
> szerejko@halloran-sage.com

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 14th day of June, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Leon M. Rosenblatt, Esq.
Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107
(Plaintiff)

Carl F. Fortuna, Jr., Esq.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457
(William C. Martin, Cynthia Martin & William Martin)

Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

                                                           _____
                                                           James J. Szerejko

559059.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105