UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV523 (MRK) |
| | : | |
| WILLIAM C. MARTIN, | : | |
| CYNTHIA MARTIN, | : | |
| WILLIAM MARTIN, | : | |
| OFFICER BRAIN FLAHERTY, and | : | |
| THE CITY OF MIDDLETOWN | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendants' Motion By Consent For Enlargement Of Time Within Which To File Dispositive Motions [doc. # 59], dated June 14, 2004 is hereby **GRANTED**. Defendants shall file their dispositive motions on or before **July 13, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Court

Dated at New Haven, Connecticut: June 22, 2004.