UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02-CV-523 (MRK) |
| VS. | : | |
| | : | |
| MR. WILLIAM C. MARTIN, | : | |
| OFFICER BRIAN FLAHERTY, | : | |
| and THE MIDDLETOWN POLICE | : | |
| DEPARTMENT | : | |
|     Defendants | : | JULY 13, 2004 |

## CO-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7 and 56, the co-defendants, Officer Brian Flaherty and the City of Middletown hereby move for summary judgment on all claims asserted against them in the plaintiff's amended complaint dated March 28, 2003. In support of their motion Flaherty and Middletown have submitted a memorandum of law, a Local Rule 56(a)1 Statement and an appendix of exhibits. For the reasons set forth in detail in the co-defendants' memorandum of law, the court should grant their motion in its entirety.

**WHEREFORE**, Flaherty and Middletown request that the Court grant their motion and enter summary judgment against the plaintiff as to all claims asserted against them.

        Respectfully Submitted,

        **DEFENDANTS,**
        **OFFICER BRIAN FLAHERTY**
        **AND CITY OF MIDDLETOWN**


BY _____
    James J. Szerejko
    CT Fed. Bar No. 04326
    **HALLORAN & SAGE LLP**
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Tel. No.: (860) 522-6103
    Fax No.: (860) 548-0006
    E-Mail: szerejko@halloran-sage.com

Their Attorney

**CERTIFICATION**

      This is to certify that on this 13th day of July, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Leon M. Rosenblatt, Esq.
Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107
(Plaintiff)

Carl F. Fortuna, Jr., Esq.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457
(William C. Martin, Cynthia Martin & William Martin)

Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

                                                                  _____
                                                                James J. Szerejko

566736.1