UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02-CV-523 (MRK) |
| VS. | : | |
| | : | |
| MR. WILLIAM C. MARTIN, | : | |
| OFFICER BRIAN FLAHERTY, | : | |
| and THE MIDDLETOWN POLICE | : | |
| DEPARTMENT | : | |
|     Defendants | : | JULY 13, 2004 |

**CO-DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

James J. Szerejko
CT Fed. Bar No. 04326
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel. No.:  (860) 522-6103
Fax No.:  (860) 548-0006
E-mail:   szerejko@halloran-sage.com

Counsel for Co-Defendants Brian
Flaherty and City of Middletown

563472.1