UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02-CV-523 (MRK) |
| VS. | : | |
| | : | |
| MR. WILLIAM C. MARTIN, | : | |
| OFFICER BRIAN FLAHERTY, | : | |
| and THE MIDDLETOWN POLICE | : | |
| DEPARTMENT | : | |
|     Defendants | : | JULY 13, 2004 |

**EXHIBITS SUBMITTED IN SUPPORT OF CO-DEFENDANTS, OFFICER BRIAN FLAHERTY'S AND THE CITY OF MIDDLETOWN'S MOTION FOR SUMMARY JUDGMENT**

In support of their Motion for Summary Judgment and in connection with their Local Rule 56(a)1 Statement, the co-defendants, Officer Brian Flaherty and the City of Middletown, provide the following exhibits:

A. Excerpts from Office Brian Flaherty's Deposition Transcript, pages: cover page, 25-26, 28, 31-44, 46-50 and 67.

B. Excerpts from David Boganski's Deposition Transcript, pages: cover page, 65-72, 92-93, 98, 102-05, 107-09, 112-13, 117-18, 122, 130-31, 183, 187-88, 220, 222, 229, 231, and 234-35.

C. Excerpts from Mariano Rodriguez's Deposition Transcript, pages: cover page, 34-36, 41, 46, 52, 54, 60 and 70.

D. Excerpts from Officer Stephen Augeri's Deposition Transcript, pages: cover page, 13, 19, 21-25, and 40-41

E. Excerpts from William C. Martin III's ("Mr. Martin") Deposition Transcript, pages: cover page, 28, 37-38, 42, 48, 52-53, 84-85, and 92-93.

F. Excerpts from William C. Martin IV's ("Billy Martin") Deposition Transcript, pages: cover page, 9-10, 18-20, 24-25 and 33.

G. Excerpts from Cynthia Martin's ("Mrs. Martin") Deposition Transcript, pages: cover page, 15-17, 26-31 and 42-43.

H. September 16, 2000 Middletown Police Department ("MPD") Supplementary Report

I. September 16, 2000 Statement by Cynthia Martin

J. Notice of Rights Form

K. Uniform Arrest Report

L. Bail Interview Form

M. Appearance Bond

N. Plaintiff's Responses to Defendants' Interrogatories Nos. 18-20

O. November 20, 2000 Transcript in State v. Boganski

                    Respectfully Submitted,

                    **CO-DEFENDANTS,**
                    **OFFICER BRIAN FLAHERTY**
                    **AND CITY OF MIDDLETOWN**

By _____
James J. Szerejko
CT Fed. Bar No. 04326
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No.: (860) 522-6103
Fax No.: (860) 548-0006
E-Mail: szerejko@halloran-sage.com

Their Attorney

**CERTIFICATION**

      This is to certify that on this 13th day of July, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Leon M. Rosenblatt, Esq.
Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107
(Plaintiff)

Carl F. Fortuna, Jr., Esq.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457
(William C. Martin, Cynthia Martin & William Martin)

Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

                                                                                         _____
                                                                                        James J. Szerejko

568429.1(HS-FP)