UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02-CV-523 (MRK) |
| VS. | : | |
| | : | |
| MR. WILLIAM C. MARTIN, | : | |
| OFFICER BRIAN FLAHERTY, | : | |
| and THE MIDDLETOWN POLICE | : | |
| DEPARTMENT | : | |
|     Defendants | : | JULY 13, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the co-defendants, Officer Brian Flaherty and the City of Middletown, have manually filed the following documents:

**EXHIBITS SUBMITTED IN SUPPORT OF CO-DEFENDANTS, OFFICER BRIAN FLAHERTY'S AND THE CITY OF MIDDLETOWN'S MOTION FOR SUMMARY JUDGMENT**

These exhibits have not been filed on PDF disks because:

The exhibit electronic file size exceeds 1.5 megabytes.

The exhibits have been manually served on all parties.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        Respectfully Submitted,

        **DEFENDANTS,**
        **OFFICER BRIAN FLAHERTY**
        **AND CITY OF MIDDLETOWN**

By _____
        James J. Szerejko
        CT Fed. Bar No. 04326
        **HALLORAN & SAGE LLP**
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        Tel. No.:  (860) 522-6103
        Fax No.:  (860) 548-0006
        E-Mail:    szerejko@halloran-sage.com

        Their Attorney

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 13th day of July, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Leon M. Rosenblatt, Esq.
Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107
(Plaintiff)

Carl F. Fortuna, Jr., Esq.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457
(William C. Martin, Cynthia Martin & William Martin)

Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

_____
James J. Szerejko

569342.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105