m ext+

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jul 28  2 25 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

***************************************************

DAVID BOGANSKI                    *
    Plaintiff,                    *        CIVIL ACTION: 3:02CV523 (MRK)
                                  *
V.                                *
                                  *
WILLIAM C. MARTIN, ET AL.         *        JULY 27, 2004
    Defendants.                   *

***************************************************

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO THE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

The plaintiff moves for an extension of time of 30 days, until September 3, 2004, to respond to the defendants' Motions for Summary Judgment. Currently, the plaintiff's response is due August 3, 2004.

The plaintiff received the defendants' Motions for Summary Judgment on July 14, 2004. The plaintiff requests an extension of 30 days because plaintiff's counsel has been on trial in Middletown Superior Court from July 14 through July 27, 2004 in Duart v. State of Connecticut, the Department of Correction, Docket No. X04 CV 02-0103475-S. Also, the undersigned will be on vacation for the remainder of this week. Therefore, the plaintiff will be unable to begin working on his response to the Motions for Summary Judgment until early August.

The plaintiff has contacted defense counsel, Attorney Carl Fortuna for the three Martin defendants, and Attorney James Szerejko for the City of Middletown and Brian Flaherty. None of the defendants object to this Motion for Extension of Time.

This is the plaintiff's first request for an extension of time to respond to the defendants' Motions for Summary Judgment.

THE PLAINTIFF,

By: _Lynn M. Mahoney_
Attorney Lynn M. Mahoney
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct20996

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 27th day of July 2004, to:

Attorney James J. Szerejko
Attorney Eric Daigle
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
PO Box 1300
Middletown, CT 06457


Attorney Carl P. Fortuna
Fortuna & Cartelli, PC
134 Washington Street
Middletown, CT 06457

Lynn M. Mahoney