UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*************************************************
| DAVID BOGANSKI | * | |
| Plaintiff, | * | CIVIL ACTION: 3:02CV523 (MRK) |
| | * | |
| V. | * | |
| | * | |
| WILLIAM C. MARTIN, ET AL. | * | AUGUST 20, 2004 |
| Defendants. | * | |
*************************************************

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

The plaintiff moves for an extension of time of 30 days, until October 2, 2004 to respond to the defendants' Motions for Summary Judgment. Currently, the plaintiff's responses are due September 3, 2004.

The plaintiff needs an additional 30 days to respond to the four different Motions for Summary Judgment filed by the five defendants. These four motions are each, at minimum, 40 pages long and address the plaintiff's nine count complaint which includes several state and federal constitutional claims, as well as statutory and common law claims. Because of the voluminous nature of the defendants' submissions and the extensive research necessary to file a response, the plaintiff needs this additional time. In addition, plaintiff's counsel had a 10 day trial in July, followed immediately by a vacation. Upon return, the undersigned had several deadlines in other cases to meet, so was unable to work immediately on these responses. Finally, for the last few days, the plaintiff has been discussing settlement with the defendants and believes it prudent

to temporarily delay work on the responses. For all of these reasons, the plaintiff respectfully requests that the court grant this Motion for Extension of Time.

This is the plaintiff's second request for an extension of time to respond to the defendants' Motions for Summary Judgment.

The plaintiff has contacted defense counsel, Attorney Carl Fortuna for the three Martin defendants, and Attorney James Szerejko for the City of Middletown and Brian Flaherty. None of the defendants object to this Motion for Extension of Time.

THE PLAINTIFF,

By: /s/ Lynn M. Mahoney
Attorney Lynn M. Mahoney
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct20996