UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*
*Sep 2 42 PM '04*
*U.S. DISTRICT COURT*
*NEW HAVEN, CONN.*

```
**************************************************
DAVID BOGANSKI                    *
        Plaintiff,                *       CIVIL ACTION: 3:02CV523 (MRK)
                                  *
V.                                *
                                  *
WILLIAM C. MARTIN, ET AL.         *       SEPTEMBER 17, 2004
        Defendants.               *
**************************************************
```

## MOTION BY CONSENT OF THE PARTIES FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT

The plaintiff moves for an extension of time of 30 days until November 1, 2004 to respond to the defendants' Motions for Summary Judgment. Currently, the plaintiff's response is due October 2, 2004.

The plaintiff requests this extension of time because the parties have agreed to a conditional settlement of the case. The parties have agreed on an amount for settlement purposes, however, the settlement is contingent upon approval by the City of Middletown at a meeting on October 12, 2004. If at the meeting, the settlement is not approved, the plaintiff will need the additional time to finish the Response to the Motions for Summary Judgment.

This is the plaintiff's third request for an extension of time to respond to the defendants' Motions for Summary Judgment.

Attorney Carl Fortuna for the three Martin defendants, and Attorney James Szerejko for the City of Middletown and Brian Flaherty consent to this motion.

THE PLAINTIFF,

By: _____

Attorney Lynn M. Mahoney
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct20996

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 17th day of September 2004, to:

Attorney James J. Szerejko
Attorney Eric Daigle
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
PO Box 1300
Middletown, CT 06457


Attorney Carl P. Fortuna
Fortuna & Cartelli, PC
134 Washington Street
Middletown, CT 06457

Lynn M. Mahoney

3