UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
************************************************
DAVID BOGANSKI                    *
     Plaintiff,                   *      CIVIL ACTION: 3:02CV523 (MRK)
                                  *
V.                                *
                                  *
WILLIAM C. MARTIN, ET AL.         *      NOVEMBER 22, 2004
     Defendants.                  *
************************************************
```

FILED 2004 NOV 23 A 1:50
U.S. DISTRICT COURT
NEW HAVEN CT

## EXTENSION OF TIME TO FILE CLOSING PAPERS

The plaintiff moves for an extension of time of 3 weeks until December 13, 2004 to File Closing Papers. Currently the plaintiff's deadline is November 22, 2004.

The plaintiff requests this extension of time because the plaintiff now resides in Florida and additional time is needed to finalize the settlement.

This is the plaintiff's first request for an extension of time to file closing papers.

Attorney Carl Fortuna for the three Martin defendants, and Attorney James Szerejko for the City of Middletown and Brian Flaherty consented to this motion.

THE PLAINTIFF,

By: _____
Attorney Lynn M. Mahoney
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107
(860) 523-8066
Federal Bar No. ct20996

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this the 22nd day of November 2004, to:

Attorney James J. Szerejko
Attorney Eric Daigle
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
PO Box 1300
Middletown, CT 06457

Attorney Carl P. Fortuna
Fortuna & Cartelli, PC
134 Washington Street
Middletown, CT 06457

_____
Lynn M. Mahoney

2