UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BOGANSKI | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV523 (MRK) |
| VS. | : | |
| | : | |
| MR. WILLIAM C. MARTIN, ET AL | : | |
|     Defendants | : | NOVEMBER __, 2004 |

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

        PLAINTIFF,
        DAVID BOGANSKI


BY: _____
      Leon M. Rosenblatt, Esq.
      Lynn M. Mahoney, Esq.
      Fed. Bar No. ct20996
      Law Offices of Leon M. Rosenblatt
      10 North Main Street, Suite 214
      West Hartford, CT 06107

12469.0019

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS,
WILLIAM C. MARTIN,
CYNTHIA MARTIN AND
WILLIAM MARTIN

BY: _____
Carl P. Fortuna, Jr., Esq.
Fed. Bar #ct16039
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457

DEFENDANTS,
OFFICER BRIAN FLAHERTY
AND CITY OF MIDDLETOWN

BY: _____
James J. Szerejko
Fed. Bar No. ct04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103
Their Attorneys
szerejko@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 10th day of December, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Leon M. Rosenblatt, Esq.
Lynn M. Mahoney, Esq.
Law Offices of Leon M. Rosenblatt
10 North Main Street, Suite 214
West Hartford, CT 06107
(plaintiff)

Carl P. Fortuna, Jr., Esq.
Fortuna & Cardelli, P.C.
134 Washington Street
Middletown, CT 06457
(William C. Martin, Cynthia Martin & William Martin)

Attorney Trina A. Solecki
City of Middletown
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

                                                                                                 _____
                                                                                                 James J. Szerejko

610783.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105